# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JEFFREY S. CHAPMAN, individually and on behalf of all others similarly situated, | ) **Summons** <br> ) (Issued pursuant to Rule 4 of <br> ) The Federal Rules of Civil |
| Plaintiff, | ) Procedure or other appropriate <br> ) Law.) |
| v. | ) |
| | ) CIVIL ACTION CASE NUMBER: |
| TALCO SECURITY INCORPORATED, | ) 7:14-cv-01956-LSC |
| | ) |
| Defendant. | ) |

## Summons in a Civil Action

To: (*Defendant's name and address*)

    Talco Security Incorporated
    c/o Christopher Walker, Registered Agent
    3015 5th Street
    Northport, AL  35476

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

    Within **twenty-one (21)** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Robert J. Camp, Esq.
    Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
    301 19th Street North
    Birmingham, AL  35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 10/15/14

SHARON N. HARRIS, CLERK
By: *[signature]*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203